FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 13 2008

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

1:06-CV-2595

08-14044-HH

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

NOV 12 2008

THOMAS K. KAHN
CLERK

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff-Appellant,

versus

COMCAST OF GEORGIA, INC.,

Defendant-Appellee.

--------------------------

On Appeal from the United States District Court for the
Northern District of Georgia

--------------------------

BEFORE:   WILSON and PRYOR, Circuit Judges.

BY THE COURT:

Appellant's motion to dismiss this appeal voluntarily with prejudice due to settlement is GRANTED.

A TRUE COPY - ATTESTED:
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

By: _____
DEPUTY CLERK
ATLANTA, GEORGIA